IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| JESSICA L. TEAL | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No: 2:20-cv-11018 |
| v. | ) ) | Honorable Gershwin A. Drain |
| ARGON MEDICAL DEVICS, INC., REX MEDICAL, INC., d/b/a/ REX MEDICAL, L.P. And REX MEDICAL, L.P. Defendants. | ) ) ) ) ) ) | |

### PLAINTIFF'S LAY WITNESS LIST

Pursuant to Federal Rules of Civil Procedure 26(a)(3)(A)(i) and (ii), and the Court's Scheduling Order (ECF No. 53), filed on May 5, 2021, Plaintiff hereby provides her lay trial witness list as follows:

| | WITNESS | WILL CALL | MAY CALL |
|---|---|---|---|
| 1 | Jessica Teal | Live | |
| 2 | Mary E. Wilson | Live | |
| 3 | Tiffany Aceve | Live | |
| 4 | Gil Borlaza, M.D. | Live and/or by deposition designation. Non-retained Expert | |
| 5 | Andrew Eisenberg, M.D. | | Live and/or by deposition designation. Non-retained Expert |
| 6 | David Williams, M.D. | Live and/or by deposition designation. Non-retained Expert | |
| 7 | Jeffrey Chick, M.D. | | Live and/or by deposition designation. Non-retained Expert |
| 8 | Mamdouh Khayat, M.D. | Live and/or by deposition designation. Non-retained Expert | |
| 9 | Zehra Noorani, M.D. | | Live and/or by deposition designation. Non-retained Expert |

| | | | |
|---|---|---|---|
| 10 | Jon Barber, D.O. | | Live and/or by deposition designation. Non-retained Expert |
| 11 | George Hanzel, M.D. | | Live and/or by deposition designation. Non-retained Expert |
| 12 | Kimberly Morley, M.D. | | Live and/or by deposition designation. Non-retained Expert |
| 13 | Mark Rasak, D.O. | Live and/or by deposition designation. Non-retained Expert | |
| 14 | Rachel Lethorn, P.A. | | Live and/or by deposition designation. Non-retained Expert |
| 15 | Joseph Skandalaris, M.D. | | Live and/or by deposition designation. Non-retained Expert |
| 16 | Michael G. Sarosi, M.D. | | Live and/or by deposition designation. Non-retained Expert |
| 17 | Matthew Augustin Romano, M.D. | Live and/or by deposition designation. Non-retained Expert | |
| 18 | Peter J. Emiley, M.D. | | Live and/or by deposition designation. Non-retained Expert |
| 19 | Lindsey L. Carter | Live and/or by deposition designation. | |
| 20 | James F. McGuckin, Jr., M.D. | Live and/or by deposition designation. | |
| 21 | John A. Henry | | Live and/or by deposition designation. |
| 22 | W. Whitfield Gardner | Live and/or by deposition designation. | |
| 23 | Erich Bressler | Live and/or by deposition designation. | |
| 24 | Walter Peters | Live and/or by deposition designation. | |
| 25 | Dr. Anupana Goyal | | Live and/or by deposition designation. |
| 26 | Mark Gosnall | Live and/or by deposition designation. | |
| 27 | Gary Walsh | | Live and/or by deposition designation. |

| | | | |
|---|---|---|---|
| 28 | Krishna Kandarpa, M.D. | Live and/or by deposition designation. Non-retained Expert | |
| 29 | Christian Chilcott | Live and/or by deposition designation. | |
| 30 | George A. Loendis | Live and/or by deposition designation. | |
| 31 | Thomas Younker | Live and/or by deposition designation. | |
| 32 | Rebecca Ellis | Live and/or by deposition designation. | |
| 33 | Keepers of Records | | |
| 34 | All persons named in discovery | | |
| 35 | Other witnesses as discovery shall provide | | |
| 36 | Lay witnesses listed on other parties' Witness Lists | | |

Dated:  September 7, 2021.                     Respectfully submitted,

**MARTIN | BAUGHMAN, PLLC**

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
TX SBN: 13052400 (*Pro Hac Vice anticipated*)
bmartin@martinbaughman.com
Thomas Wm. Arbon, Esq.
TX SBN: 01284275 (*Pro Hac Vice*)
tarbon@martinbaughman.com
3141 Hood Street, Suite 600
Dallas, Texas 75219
214-761-6614 – Telephone
214-744-7590 – Facsimile

-and-

Alyson Oliver, Esq.
**OLIVER LAW GROUP P.C.**
1647 W. Big Beaver Road
Troy, Michigan
248-327-6556 – Telephone
248-436-3385 – Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 7, 2021, a copy of the foregoing document was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

                                                              */s/ Ben C. Martin*
                                                              Ben C. Martin, Esq.